IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LONNA JOHNSON                                                                    PLAINTIFF

vs.                                                                      No. 1:03CV585-D-D

BAUCOM JANITORIAL SERVICE, INC.; and
TOMMIE SMITH                                                                  DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART
MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendant Tommie Smith's motion for summary judgment (docket entry 28) is
        GRANTED; and the Plaintiff's claims against him are DISMISSED WITH
        PREJUDICE; and

(2)     the Defendant Baucom Janitorial Service, Inc.'s motion for summary judgment
        (docket entry 26) is DENIED, and the Plaintiff's claims against it shall proceed to
        trial.

All memoranda, depositions, declarations, and other materials considered by the court in

ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 29th day of June 2005.


                                          /s/ Glen H. Davidson
                                          Chief Judge